

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00125-CV

———————————————————

IN RE HTRV RESORT, LLC, Relator

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 23-1609-481

Before Womack, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and the response thereto and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied, and the temporary stay of all trial court proceedings is lifted.

Per Curiam

Delivered: May 2, 2023